UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00314

**Mitchell Stasney**,
*Plaintiff,*

v.

**Bryan Collier et al.**,
*Defendants.*

# ORDER

On August 10, 2021, plaintiff Mitchell Stasney, proceeding pro se and *in forma pauperis*, together with Donis Lemond Denby and Jedidiah O. Hopkins, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was severed into three individual lawsuits, one for each plaintiff. Doc. 7. The case was then referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 8.

On September 28, 2021, the magistrate judge instructed plaintiff to pay an initial partial filing fee in accordance with 28 U.S.C. § 1915(b). Doc. 16. Plaintiff failed to do so. On December 13, 2021, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for failure to prosecute or to obey a court order. Doc. 18. No objections have been filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed without prejudice for failure to prosecute or to obey a court order.

*So ordered by the court on February 2, 2022.*

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. CAMPBELL BARKER
　　　　　　　　　　　　　　　　United States District Judge